UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STEPHEN TOOMEY,<br>    Plaintiff,<br><br>v.<br><br>TRUGREEN CHEMLAWN and<br>ROBERT AUGUSTA,<br>    Defendants. | )<br>)<br>)<br>)<br>) Civil Action No.: 05-CV-12172<br>)<br>)<br>)<br>)<br>) |

## STIPLUATION OF DISMISSAL

Now come the Plaintiff and Defendants in this matter and submit to this Honorable Court their Stipulation of Dismissal. As grounds therefore, the parties state that they have settled this matter and no issues remain for trial.

WHEREFORE, the parties pray that this Honorable Court accept this stipulation and dismiss this case accordingly.

                                                        Respectfully submitted,

| TruGreen ChemLawn, and<br>Robert Augusta,<br>By their attorney, | Stephen Toomey,<br><br>By his attorney, |
|---|---|
| /s/ Peter Bennett<br>Peter Bennett (Maine BBO #003533)<br>The Bennett Law Firm, P.A.<br>121 Middle Street, Suite 300<br>P.O. Box 7799<br>Portland, Maine 04112<br>(207) 773-4775 | /s/ John W. Davis<br>John W. Davis (BBO #648399)<br>Davis & Davis, P.C.<br>77 Franklin Street, 3rd floor<br>Boston, Massachusetts 02110<br>(617) 933-3838; fax: (617) 933-3839 |

Dated: February 5, 2007